PROB 12
(Rev. 10/93)

# United States District Court
for the
**Eastern District of Pennsylvania**

July 10, 2023

U.S.A. vs. <u>Colleen R. LaRose</u>                                Case No. <u>2:10CR000123-001</u>

**Petition on Supervised Release**

      COMES NOW <u>Adam E. Peterson</u> U. S. PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of <u>Colleen R. LaRose,</u> who was placed on <u>supervised release</u> by the <u>Honorable Petrese B. Tucker,</u> sitting in the Court at <u>Philadelphia, Pennsylvania,</u> on the <u>6th</u> day of <u>January 2014,</u> who fixed the period of supervision at <u>five-years</u>, and imposed the general terms and conditions theretofore adopted by the Court and imposed special conditions and terms as follows:

| | |
|---|---|
| <u>ORIGINAL OFFENSE</u>: | Conspiracy to provide material support to terrorists (Count One); conspiracy to kill in a foreign country (Count Two); false statements to government officials (Count Three); and attempted identity theft (Count Four). |
| <u>ORIGINAL SENTENCE</u>: | The defendant was committed to the custody of the United States Bureau of Prisons (BOP) for a total term of 10 years, to be followed by a five-year period of supervised release. A $400.00 special assessment was also imposed. |
| <u>SPECIAL CONDITIONS</u>: | 1) The defendant shall participate in a mental health program for evaluation and/or treatment and abide by the rules of any such program until satisfactorily discharged; 2) The defendant shall abide by the standard conditions of computer monitoring; 3) The defendant shall cooperate in the collection of DNA as directed by the probation officer; 4) The defendant shall refrain from the illegal use of drugs and shall submit to testing if directed to do so; 5) The defendant shall cooperate in the collection of DNA as directed by the probation officer; and 6) The defendant shall pay a $2,500.00 fine at the rate of $50.00 monthly, to commence 30 days after release. |
| <u>MODIFICATION</u>: | On August 6, 2018, the defendant's conditions were modified to include that she be placed in a Residential Reentry Center (RRC) for a period of up to 90 days, or until such time that a suitable residence can be approved by the U.S. Probation Office. |
| <u>DATE SUPERVISION COMMENCED</u>: | November 30, 2018 |

RE: LaRose, Colleen R.
Case No. 2:10CR000123-001

| | |
|---|---|
| <u>MODIFICATION</u>: | On April 2, 2019, the conditions of supervision were again modified to include that the defendant shall submit to an initial inspection by the U.S. Probation Office and to any examination during supervision of the defendant's computer and any devices, programs, or applications. The defendant shall allow the installation of any hardware or software systems which monitor or filter computer use. The defendant shall abide by the standard conditions of computer monitoring and filtering that have been approved by this Court. The defendant is to pay the cost of the computer monitoring not to exceed the monthly contractual rate, in accordance with the probation officer's discretion. |
| <u>MODIFICATION</u>: | On July 14, 2022, the conditions were again modified to include that the defendant shall refrain from the use of alcohol and shall submit to testing to ensure compliance. It is further ordered that the defendant shall participate in alcohol treatment and abide by the rules of any such program until satisfactorily discharged. |
| <u>DATE SUPERVISION TERMINATES</u>: | August 2, 2023 |

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The purpose of this Petition is to request that Ms. LaRose's case be permitted to terminate on its original expiration date, August 2, 2023, with an outstanding fine. Ms. LaRose has paid the $400.00 special assessment in full and $825.00 toward the fine, leaving an outstanding balance of $1,675.00. She has been inconsistent with making monthly payments towards her Court ordered financial obligations; however, she is presently disabled and collects Social Security benefits as a result of several health issues and various mental health concerns.

During the term of supervision, Ms. LaRose has remained largely compliant, although she has relapsed to drug/alcohol use. She has also associated with negative peers on several occasions. She is presently attending mental health treatment and she is prescribed appropriate medication. Ms. LaRose currently resides in Bucks County, Pennsylvania with her paramour and sister.

Based on the above-outlined information, no violative action is requested, and it is respectfully recommended that the supervised release be permitted to terminate with an outstanding fine. It is noted that the Financial Litigation Unit of the U.S. Attorney's office has been notified of the case expiration and of this Petition to the Court. The obligation to pay the fine shall continue after the defendant concludes her period of supervision, with the U.S. Attorney's Office taking collection action as deemed necessary. The following prayer is offered for the Court's consideration.

RE: LaRose, Colleen R.
Case No. 2:10CR000123-001

**PRAYING THAT THE COURT WILL ORDER...**   THAT THE DEFENDANT'S SUPERVISED RELASE BE ALLOWED TO TERMINATE ON IT'S ORGINGAL EXPIRATION DATE OF AUGUST 2, 2023, WITH AN OUTSTANDING FINE.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

Adam Peterson
Digitally signed by Adam Peterson
Date: 2023.07.10 13:46:23 -04'00'

_____
Adam E. Peterson
Supervising U.S. Probation Officer
Philadelphia, Pennsylvania
Date: July 10, 2023

cc: Assistant U.S. Attorney
    United States Attorney's Office – Financial Litigation Unit
    Defense Attorney

**ORDER OF THE COURT**

Considered and ordered this 12th day of  July , 2023 and ordered filed and made part of the records in the above case.

_____
Joshua D. Wolson
U.S. District Court Judge